UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PHELTON WOODS,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br><br>18 U.S.C. § 1344(2) |

**THE GRAND JURY CHARGES:**

### General Allegations

At all times relevant to this Indictment:

1. The defendant, **PHELTON WOODS**, resided in the Southern District of Ohio.

2. From December 2009 through June 2016, the defendant, **PHELTON WOODS,** was employed as the Columbus School Employee Association ("CSEA") Treasurer.

3. In his role as Treasurer of CSEA, Defendant **PHELTON WOODS** was responsible for maintaining accurate records and reconciliation of all CSEA deposits and disbursements. In addition, he was responsible for co-signing all the checks along with the CSEA president, providing annual audit reports to the Ohio Association of Public School Employees ("OAPSE"), and providing an accurate and detailed treasurer's report each month to the CSEA membership.

4. The CSEA, located in Columbus, Ohio, is comprised of approximately twelve local unions within the Columbus City School District, and includes approximately 3,300 members.

5. The CSEA maintained a checking account at The Huntington National Bank, Columbus, Ohio. Signatories on the CSEA bank account were the President and Treasurer of CSEA.

6. The Huntington National Bank is a financial institution insured by the Federal Deposit Insurance Corporation.

## COUNTS 1-12
## Bank Fraud, 18 U.S.C. § 1344

7. Paragraphs 1-6 of this Indictment are re-alleged and incorporated herein.

8. Beginning in or about December 2009, and continuing until in or about June 2016, Defendant **PHELTON WOODS**, in the Southern District of Ohio, knowingly executed and attempted to execute a scheme to obtain any of the money, funds, and property under the control of a financial institution by means of false or fraudulent pretenses, representations or promises, to wit: the Defendant executed a scheme whereby he withdrew and spent approximately $60,685 from The Huntington National Bank account of CSEA for his own personal use.

### The Manner and Means

9. In furtherance of the scheme, Defendant **PHELTON WOODS** wrote unauthorized checks from the CSEA account to himself.

10. It was further part of the scheme that Defendant **PHELTON WOODS** wrote unauthorized checks from the CSEA account to third parties to pay for personal expenses.

2

11. It was further part of the scheme that Defendant **PHELTON WOODS** made unauthorized cash withdrawals from the CSEA account.

12. It was further part of the scheme that Defendant **PHELTON WOODS** wrote unauthorized checks from the CSEA account to a family member.

13. It was further part of the scheme that Defendant **PHELTON WOODS** forged the signatures of the former and current CSEA Presidents on bank checks, or alternatively only signed his name on CSEA checks when two signatures were required, all without the knowledge or proper approval of the CSEA board officers.

## Execution of the Scheme

14. In furtherance of the scheme, and for the purpose of depriving The Huntington National Bank, a federally insured financial institution, of money, funds and property under its control, to wit: the financial accounts of CSEA, by means of false or fraudulent pretenses, representations or promises, on or about the dates listed below in the Southern District of Ohio, Defendant **PHELTON WOODS** knowingly initiated the transactions listed below, among many others, for the listed amounts, from the account of CSEA for his own personal benefit thereby depriving The Huntington Bank of money, funds and property under its custody and control:

| COUNT | DATE | TRANSACTION |
| --- | --- | --- |
| 1 | 1/31/2013 | Check #3229 made payable to Phelton Woods drawn on CSEA account at The Huntington National Bank in the amount of $200.00 |
| 2 | 3/21/2013 | Check #3250 made payable to K.W. drawn on CSEA account at The Huntington National Bank in the amount of $200.00 |
| 3 | 4/01/2013 | Check #3254 made payable to Phelton Woods drawn on CSEA account at The Huntington National Bank in the amount of $175.00 |
| 4 | 7/29/2013 | Cash withdrawal #580950 by Phelton Woods in the amount of $150.00 |

| 5 | 8/23/2013 | Check #3309 made payable to Phelton Woods drawn on CSEA account at The Huntington National Bank in the amount of $150.00 |
| 6 | 1/23/2014 | Check 3356 made payable to Phelton Woods drawn on CSEA account at The Huntington National Bank in the amount of $160.00 |
| 7 | 6/08/2015 | Check #3524 made payable to K.W. drawn on CSEA account at The Huntington National Bank in the amount of $250.00 |
| 8 | 8/07/2015 | Check #3539 made payable to Phelton Woods drawn on the CSEA account at The Huntington National Bank in the amount of $190.00 |
| 9 | 9/28/2015 | Check #3555 made payable to K.W. drawn on CSEA account at The Huntington National Bank in the amount of $190.00 |
| 10 | 10/14/2015 | Cash withdrawal #910241 by Phelton Woods in the amount of $125.00 |
| 11 | 4/07/2016 | Cash withdrawal #761513 by Phelton Woods in the amount of $150.00 |
| 12 | 6/03/2016 | Check #3601 made payable to Phelton Woods drawn on CSEA account at The Huntington National Bank in the amount of $180.00 |

**All in violation of Title 18, United States Code, Section 1344(2).**

**A TRUE BILL.**

**s/Foreperson**

_____
**Foreperson**


**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

s/Brenda S. Shoemaker

_____
**BRENDA S. SHOEMAKER (0041411)**
**Assistant United States Attorney**

4