# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

**United States of America**

-vs-  Case No.  2:22-cr-66

**Phelton Woods**

## COURTROOM MINUTES

| JUDGE: | Chelsey M. Vascura | DATE AND TIME: | 3/23/2023 1:30pm |
|---|---|---|---|
| DEPUTY CLERK: | Allie Moran | COUNSEL FOR GOVT: | Brenda Shoemaker |
| COURT REPORTER: | Courtsmart | COUNSEL FOR DEFT(S). | Stacey MacDonald |
| INTERPRETER: |  | PRETRIAL/PROBATION: | Dani Escamilla H. |

Initial Appearance, Bond Hearing, & Arraignment on Indictment

- Dft appeared and was advised of rights, charges, and potential penalties
- Financial Affidavit submitted, Federal Public Defender's Office appointed
- Dft pleads not guilty to the charges in the indictment
- Dft released on O/R Bond
- Scheduling order to be issued by Judge Sargus