AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT
2023 MAR 31 PM 1:57
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| United States of America | ) | |
| v. | ) | Case No. 2-22-CR-66 |
| PHELTON WOODS | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* PHELTON WOODS,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Bank Fraud, 18, U.S.C. § 1344 (2) Counts 1-12

Date: 04/26/2022

/s/ Spencer D. Harris
*Issuing officer's signature*

City and state: Columbus, OH

Spencer D. Harris Courtroom Deputy
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/16/23, and the person was arrested on *(date)* 3/23/2023
at *(city and state)* Reynoldsburg, OH.

Date: 3/23/2023

*Arresting officer's signature*

P. Ross DUSM
*Printed name and title*