# **CRIMINAL MINUTES**

2:22-cr-66
USA v. Phelton Woods
(Bond)

## Change of Plea
## held on July 26, 2023 at 9:30 a.m.
## before Judge Edmund A. Sargus, Jr.

For Govt:  Brenda Shoemaker

For Deft: Stacey MacDonald

Court Reporter: Crystal Hatchett

Courtroom Deputy: Christin Werner

Defendant changed his plea to guilty to count 1 of the Indictment.
PSI Ordered.