# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff,

                  **NOTICE**

    v.
                  Case No. 2:22-cr-66
                  Judge Edmund A. Sargus, Jr.

**PHELTON WOODS,**
    Defendant.

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

**Place:**	**United States District Court**	**Courtroom No. 311**
        **Joseph P. Kinneary U.S. Courthouse**
        **85 Marconi Boulevard**	**December 18, 2023 at 1:30 p.m.**
        **Columbus, Ohio 43215**

TYPE OF PROCEEDING:  **SENTENCING HEARING**

**The following schedule is established:**
(a) Any sentencing memorandum may be filed no later than 10 days prior to sentencing;
(b) If such memorandum is filed, the opposing side may file a memorandum in opposition no later than 5 days prior to sentencing;
(c) Motions under U.S.S.C. §3553(e) or U.S.S.C. §5K1.1 must be filed at least 5 days prior to sentencing
(d) No other memoranda or motions pertaining to sentencing shall be filed without leave of court.

                                      **EDMUND A. SARGUS, JR.**
                                      **UNITED STATES DISTRICT JUDGE**

DATE:  October 17, 2023

                                      /s /   Christin Werner
                                      (By) Christin Werner, Deputy Clerk

Counsel noticed via CM/ECF