UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

**-vs-**  Case No. 2:22-cr-66

**Phelton Woods**

## COURTROOM MINUTES

| JUDGE: | Edmund A. Sargus, Jr | DATE AND TIME: | December 18, 2023 1:30 PM – 1:45 PM |
|---|---|---|---|
| DEPUTY CLERK: | Sherry Nichols | COUNSEL FOR GOVT: | Brenda Shoemaker |
| COURT REPORTER: | Chrystal Hatchett | COUNSEL FOR DEFT(S). | Stacey MacDonald |
| INTERPRETER: |  | Pretrial/Probation | Melinda Vincent |

SENTENCING HEARING

-Dft sentenced to 1 day – time served; 3 years supervised release with special conditions
-Dft advised of right to appeal